**DISMISS and Opinion Filed October 13, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00880-CV

## W/B GENERAL CONTRACTORS, L.L.C., Appellant
### V.
## SUN SCP INVESTMENT CO., L.L.C., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-06147**

# MEMORANDUM OPINION

Before Justices Lang, Evans, and Schenck
Opinion by Justice Evans

Before the Court is the parties' joint motion to dismiss the appeal and cross-appeal. The

parties inform the Court that they have reached a settlement. Accordingly, we grant the parties'

motion and dismiss the appeal and cross-appeal. *See* TEX. R. APP. P. 42.1(a).

|  |  |
|---|---|
|  | /David W. Evans/ |
|  | DAVID EVANS |
| 170880F.P05 | JUSTICE |



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

W/B GENERAL CONTRACTORS, L.L.C.,
Appellant

No. 05-17-00880-CV        V.

SUN SCP INVESTMENT CO., L.L.C.,
Appellee

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-06147.
Opinion delivered by Justice Evans. Justices
Lang and Schenck participating.

In accordance with this Court's opinion of this date, the appeal and cross-appeal are **DISMISSED**.

In accordance with the parties' agreement, it is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 13th day of October, 2017.